IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2013 DEC -6 PM 1:21

TIMOTHY M. O'BRIEN
CLERK

_____ DEPUTY
KANSAS CITY, KS

Marcia L. Jackson )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )

vs. Park Place Condominiums )
C/o Jill Klose (Board President) )
Name
8708 Metcalf #205 )
Street and number
Overland Park, KS 66212 )
City    State    Zip Code

Case Number: 13-2626 CM/GLR

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff Marcia L. Jackson

Address 11200 W. 136th St. Apt 228

Overland Park, KS 66221

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Park Place Condominums_ is employed at _Association, Inc._

C. Additional Defendants _C/O Jill Klose_
_Board President_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _Kansas_.

2. The first-named defendant above is either

   a. a citizen of the State of _Kansas_; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

__X__ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

4/2011
6/2011
7/2011
8/2011
12/2011

Harrassment and Intimidation due to my race. Telling me when I could flush my toliet, walk around my unit, what volumn I could listen to my music and television. Constant visits from Home Owner's Association with unreasonable Request. Harrassment Started the first day I moved in.

3

Constantly badgered at anytime of the day or night. Defacement of property, my car, tampering with mail. My name was ripped off of my mail box and thrown into a corner. Slander accused of during inApproiated Acts in the Common area.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

monetary Relief for pain and suffering.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [ ]   No [X]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [ ]   No [X]

VII. Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

100,000 or more due to treatment I Received While Residing at Park Place Condominiums, which cause me Extreme Stress and fear and night mares. Harrassment and intimidation and mail tampering.

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X] No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Reported to Hud 3/2012. I was provided with a Hud investigator. my statement and those person Involved were taken. No Sworn statement were taken. my word against Home Owners Associates Inc. Case Could not be proven Case Closed.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

\_X\_\_\_\_ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Marcia L. Jackson
Signature of Plaintiff

Marcia L Jackson
Name (Print or Type)

5

11200 W. 134th St. #228
Address

Overland Park KS 66221
City        State        Zip Code

(816) 809-0347
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, ~~Kansas City~~ or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

_Marcia L. Jackson_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( ~~yes~~ or no ).
(circle one)

_Marcia L. Jackson_
Signature of Plaintiff

Dated: 12/6/13
(Rev. 8/07)

6